

LAW OFFICES
## DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

March 2, 2020

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

     Re: <u>United States v. Greg Miller</u>
          20 CR 134 (KPF)

Dear Judge Failla:

    I write to request a one-day extension—to March 4, 2020—of tomorrow's deadline for the cosigners' execution of the PRB in this case. Assistant United States Attorney Tim Capozzi consents to the application. Due to travel difficulties and other logistical impediments, we were unable to arrange signing by both cosigners by tomorrow's date.

    I thank the Court in advance for its consideration and assistance.

                                                 Sincerely,

                                                 David Wikstrom

cc: Tim Capozzi, AUSA

```
Application GRANTED.

                                          SO ORDERED.

Dated:  March 2, 2020
        New York, New York
                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE
```