UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>GREG MILLER,<br><br>                        Defendant. | 20 Cr. 134 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 18, 2020, Defendant Greg Miller pleaded guilty to Count One of Information 20 Cr. 134. (*See* Minute Entry for 2/18/2020; Dkt. #9 (transcript of plea hearing)). At that time, the Court scheduled Mr. Miller's sentencing for May 29, 2020. Due to restrictions on access to the Courthouse and on Courthouse operations due to the ongoing COVID-19 pandemic, which restrictions are well-documented on the Court's website, the sentencing is hereby ADJOURNED to **August 21, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Defendant's sentencing submission shall be due to the Court on **August 7, 2020**; and the Government's sentencing submission shall be due to the Court on **August 14, 2020**.

    SO ORDERED.

Dated: April 6, 2020
           New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge