**MEMO ENDORSED**

LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

August 6, 2020

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New Yorkl, NY 10007

      Re:  <u>United States v. Greg Miller</u>
           20 CR 134 (KPF)

Dear Judge Failla:

    By this letter I respectfully request a two-week adjournment of the scheduled sentencing in the above case, to a date during the week of September 8, 2020. Sentencing is currently scheduled for August 21, 2020. Assistant United States Attorney Tim Capozzi consents to the request.

    As of today, the final PSR has not been disclosed, and my Sentencing Submission is due tomorrow. It will be impossible for me to adhere to the current schedule given that, let alone the fact that my office is closed and I am not residing in New York City currently. Furthermore, I need some additional time to gather relevant documents from third parties for inclusion in my submission; production of those to me has also been hampered by the pandemic.

    Accordingly, I respectfully request that sentencing be adjourned to a date convenient to the Court, during the week of September 8, 2020. The parties anticipate requesting that the proceeding be conducted remotely, as Mr. Miller has certain medical conditions rendering him high-risk for adverse COVID symptoms.

                          Sincerely,

                          David Wikstrom

Application GRANTED. Mr. Miller's sentencing, previously scheduled for August 21, 2020, is hereby ADJOURNED to **September 11, 2020, at 3:00 p.m.** Should Mr. Miller continue to wish to proceed with sentencing virtually, he should let the Court know at a date closer to September 11, 2020.

Mr. Miller's sentencing submission is due **August 28, 2020,** and the Government's sentencing submission is due **September 4, 2020.**

Dated: August 6, 2020
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE