# MEMO ENDORSED

LAW OFFICES

# DAVID WIKSTROM

950 THIRD AVENUE · 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

October 10, 2020

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

   Re: <u>United States v. Greg Miller</u>
     20 CR 134 (KPF)

Dear Judge Failla:

  I represent Defendant Greg Miller, and submit this letter motion on his behalf seeking a modification of the travel limits of his bail as set forth below. The Government, by AUSA Timothy Capozzi, does not object to the applicatio.

  Mr. Miller was released on the day of his surrender, February 18, 2020, on a $250,000 appearance bond, with travel limited to the Southern and Eastern Districts of New York. Mr. Miller has been fully compliant with his bail conditions at all times.

  I respectfully request that his travel limitations be extended to include Pennsylvania (and New Jersey, through which he will have to drive) on October 18 and October 25, 2020. Mr. Miller is assisting his friend (and bond cosigner) Irina Bronshteyn, performing work on her weekend home in the Poconos. Mr. Miller's location and travel hours will be provided to Pretrial Services in advance.

  Mr. Miller and I are available at any time for a conference, should the Court require additional information or have other questions.  I thank the Court for its consideration.

      Sincerely,

      David Wikstrom

Application GRANTED.  Mr. Miller is permitted to travel to
Pennsylvania on October 18, 2020, and October 25, 2020, and
return to New York the same day.


Dated:  October 13, 2020          SO ORDERED.
        New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE