LAW OFFICES
# David Wikstrom
5 COLUMBUS CIRCLE - 11TH FLOOR
NEW YORK, NEW YORK 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

February 27, 2023

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:  United States v. Greg Miller
     20 CR 134 (KPF)

Dear Judge Failla:

    By this letter motion, I move for a modification of the conditions of my client Greg Miller's Supervised Release term, by granting permission to travel outside the District as set forth below. EDNY Probation Officer Lisa Famularo ((631) 712-6335) does not object to the application. Assistant United States Attorney Timothy Capozzi defers to the position of the Probation Department.

    Mr. Miller was sentenced by your Honor on September 11, 2020 to a 24-month prison term, to be followed by a three-year term of Supervised Release. He completed his prison sentence and has been on Supervised Release for thirteen months without incident.

    Mr. Miller seeks permission to travel to Panama between March 29 and April 2, 2023. Mr. Miller frequently visited Panama in the years prior to 2019, when his legal troubles began. Mr. Millers friends from his years in Ukraine (1959-95) and Israel (1995-2000) had settled in Panama years before, and it had become a popular destination for annual reunions of friends and family[1], one of which occurs at the end of this month and is the reason for this application.

    If permission is granted, Mr. Miller will depart New York on March 29 and return on April 2, 2023. His residential address while there, together with relevant contact information, will be provided in advance to USPO Famularo.

    If the Court approves the application, I respectfully request that your Honor "So Order" this letter, as I will need to present it to the Probation Officer to retrieve temporarily, the Defendant's passport. It will be returned immediately upon his return.

---

[1] Some of the attendees—not for lack of trying—do not have US visas.

I thank the Court for its consideration and attention.

          Sincerely,

          */s/ David Wikstrom*

          David Wikstrom

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry
26.
```

```
                                        SO ORDERED.

Dated:    February 27, 2023
          New York, New York
```

          */s/ Katherine Polk Failla*

```
                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE
```