MEMO ENDORSED

LAW OFFICES
DAVID WIKSTROM
250 WEST 55TH STREET, 17TH FLOOR
NEW YORK, NY 10019

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

July 31, 2023

The Honorable Katherine P. Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

    Re: United States v. Greg Miller
        20 CR 134 (KPF)

Dear Judge Failla:

    By this letter motion, I move for a modification of the conditions of my client Greg Miller's Supervised Release term, by granting permission to travel outside the District as set forth below. EDNY Probation Officer Lisa Famularo (631-712-6335) does not object to the application. Assistant United States Attorney Timothy Capozzi defers to the position of the Probation Department.

    Mr. Miller was sentenced by your Honor on September 11, 2020 to a 24-month prison term, to be followed by a three-year term of Supervised Release. He completed his prison sentence and has been on Supervised Release for eighteen months without incident.

    Mr. Miller seeks permission to travel with his family to Cyprus between September 30 and October 7, 2023, to attend the wedding of his daughter, Anna (*see* PSR ¶ 50). If permission is granted, Mr. Miller provide his local residential address and relevant telephone contact to Pretrial Services in advance.

    I thank the Court for its consideration and attention.

                            Sincerely,

                            David Wikstrom

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 28.

Dated:   July 31, 2023          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE